# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEEM RUSHARD COLEMAN,<br><br>Petitioner,<br><br>v.<br><br>JAMES HILL, Warden,<br><br>Respondent. | Case No. 2:22-cv-01897-FLA (KES)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 5). Further, the court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 7) have been made. The court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition as untimely.

Dated: June 21, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge