JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEEM RUSHARD COLEMAN, | Case No. 2:22-cv-01897-FLA (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES HILL, Warden, | |
| Respondent. | |

Pursuant to the court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is dismissed as untimely.

Dated:  June 21, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge